**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AC DIRECT, INC.,**

          **Plaintiff,**

**-vs-**                                       **Case No.   6:06-cv-122-Orl-19JGG**

**MARY A. GRIEDER, KEVIN R. KEMP,**

          **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came before the Court on its own motion.  For the following reasons, the Court recommends that *pro se* Defendant Kevin R. Kemp's answer be stricken and that default be entered against him.

      On August 16, 2006, the Court issued an Order to Show Cause (Docket 34) to Defendant Kevin R. Kemp why his answer to the complaint should not be stricken and default entered for failure to comply with the Court's order at Docket 33 to file a Notice of Change of Address.  Kemp did not respond to the Order to Show Cause and still has not informed the Court of his current address.

      Further, Plaintiff's counsel informs the Court that Kemp also has failed to comply with the Court's order at Docket 33 to respond to discovery propounded by Plaintiff.  See Docket 36.  The Court's order at Docket 33 warned Kemp that failure to comply with the order may result in further sanctions, including, but not limited to, striking of pleadings and entry of default.

The Court may sanction a party who fails to comply with a Court order regarding discovery by striking out pleadings or rendering judgment by default against the disobedient party. Fed. R. Civ. P. 37(b)(2)(C). The Court also has inherent power to sanction a party for noncompliance with Court orders. Despite being given ample opportunity to meet his obligations as a *pro se* litigant, it is clear that Defendant Kemp has decided not to participate in this litigation any further.

**IT IS RECOMMENDED THAT:**

1. Kemp's answer at Docket 8 be stricken; and

2. The Clerk enter default judgment against Kemp in favor of Plaintiff.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 6, 2006.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Hon. Patricia C. Fawsett
Counsel of Record
Unrepresented Party