**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AC DIRECT, INC.,

    Plaintiff,

vs.                                      CASE NO. 6:06-CV-122-ORL-19JGG

MARY A. GRIEDER, KEVIN R. KEMP,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 38, filed September 6, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 38) is **ADOPTED and AFFIRMED.** Defendant Kevin R. Kemp's Verified Answer to Complaint for Violations of 18 U.S.C. 1030; Violations of 18 U.S.C. 2520; Violations of 15 U.S.C., 1116(a) and 1125(a); and Pendant State Claims (Doc. No. 8, filed March 9, 2006) is hereby **STRICKEN.** The Clerk of the Court shall enter default judgment against Defendant Kevin R. Kemp in favor of Plaintiff AC Direct, Inc.

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_26th\_\_\_ day of October, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record