# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

AC DIRECT, INC.,

    Plaintiff,

vs.                                                  CASE NO. 6:06-CV-122-ORL-19UAM

MARY A. GRIEDER,
KEVIN R. KEMP,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 50, filed October 2, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 50) is **ADOPTED and AFFIRMED.** The Motion for Attorneys' Fees and Costs Against Defendant Kevin Kemp (Doc. No. 49, filed September 4, 2007) is **GRANTED.** Plaintiff's counsel shall file within ten (10) days from the date of this Order an affidavit and any other evidence so that the amount of reasonable fees and costs may be determined.

**DONE AND ORDERED** at Orlando, Florida, this   1st   day of November, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record